# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Ted Stewart

COURT REPORTER: Patti Walker
COURTROOM DEPUTY: Mary Jane McNamee
INTERPRETER: None

CASE NO. 2:01-CR-00023 ST

USA v. Christopher E. Martin

Approved By: _TJ_

## APPEARANCE OF COUNSEL

Pla     Michele Christiansen
Dft     Stephen McCaughey

DATE: 07/09/2001

MATTER SET: Sentencing

DOCKET ENTRY:

The Court grants dft's motion for downward departure.

Dft sentenced to 48 months probation. Standard conditions of release imposed, with the following special conditions: 1. The dft shall participate in a mental health treatment program, and/or sex offender treatment program under a co-payment plan, as directed by the USPO. 2. The dft shall serve 180 days on home detention as a condition of supervision, as follows: The dft shall remain in his residence at all times, except for approved leave for the following reasons: work release; educational release; medical release; release to attend religious services; and release to participate in mental health treatment, all subject to the approval of the supervising officer. 3. The dft shall register with the State Sex Offender Registration Agency in any State where the dft shall reside, is employed, carries on a vocation, or is a student, as directed by the probation officer. 4. The dft is restricted from visitations with individuals who are under 18 years of age without adult supervision as approved by the USPO. 5. The dft shall abide by the following occupational restrictions: Any employment shall be approved by the USPO. In addition, if third party risks are identified, the USPO is authorized to inform the dft's employer of his supervision status. 6. The dft shall not possess or use a computer with access to any on-line computer service without the prior written approval of the Court. This includes any Internet service provider bulletin board system, or any other public or private computer network. Any approval by the Court shall be subject to the conditions set by the Court or the USPO. In addition, the dft shall: (A) Not possess or use any public or private data encryption technique

program, and (B) Consent to having installed on his computer(s) any hardware or software systems to monitor his computer usage. 7. The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition. The Court finds the dft poses a low risk of future substance abuse. Therefore, the Court suspends the requirement that the dft submit to mandatory drug testing. The Court imposes a fine of $1000.00, with regular payments to begin immediately. Payment shall be made in accordance with a schedule established by the USPO. The dft shall pay a $100.00 Special Assessment Fee, which shall be due immediately.

The Court informs the dft of his right to appeal.