PROB 12C (10/98)

# United States District Court
# for the District of Utah

## Petition and Order for Summons for Offender Under Supervision

Name of Offender: **Christopher E. MARTIN**  Docket Number: **2:01-CR-00023-001-ST**

Name of Sentencing Judicial Officer: **Honorable Ted Stewart**

Date of Original Sentence: **July 9, 2001**

Original Offense:   **Coercion and Enticement for Illegal Sexual Activity**
Original Sentence:  **48 months probation**
Supervision Began:  **July 9, 2001**

*FILED, U.S. DISTRICT COURT, 26 FEB 03 PM 2:07, DISTRICT OF UTAH, BY: DEPUTY CLERK*

## PETITIONING THE COURT

[ X ]   To issue a summons   5148 West Red Flower Circle, West Valley City, Utah 84120

### CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation Number One:** Mr. Martin committed the offense of misdemeanor Lewdness on July 19, 2002, as outlined in Salt Lake City Department case number 2002-131987 and Salt Lake City Justice Court docket number 02CR00957. Adjudication is pending.

**Allegation Number Two:** Mr. Martin failed to report his arrest by the Salt Lake City Police Department on July 19, 2002, for misdemeanor Lewdness, to his probation officer.

Respectfully submitted,

by  *[signature]*

John L. Warner, U.S. Probation Officer
Date: February 25, 2003

## THE COURT ORDERS:

[X]  The issuance of a Summons
[ ]  The issuance of a Warrant
[ ]  No action
[ ]  Other

*[signature]*
Ted Stewart
United States District Judge

Date: 2/26/03

**32**

```
                                                              kam
              United States District Court
                         for the
                    District of Utah
                   February 27, 2003


            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:01-cr-00023



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Jason Paul Perry, Esq.
      UTAH ATTORNEY GENERAL'S OFFICE
      236 STATE CAPITOL
      SALT LAKE CITY, UT  84114
      EMAIL

      USMS
      DISTRICT OF UTAH
      ,
      JFAX 9,5244048

      US Probation
      DISTRICT OF UTAH
      ,
      EMAIL
```

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

V.

**Christopher E. Martin**

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 2:01cr23 TS

**Christopher E. Martin**
**5148 West Red Flower Circle**
**West Valley City, UT 84120**

YOU ARE HEREBY COMMANDED to appear before the United States District Court at the place, date, and time set forth below.

| Place | Room |
|---|---|
| Frank E. Moss U.S. Courthouse<br>350 South Main Street<br>Salt Lake City, UT 84101 | 248 |
| | Date and Time |
| Before: Magistrate Judge Samuel Alba | 3/12/03 at 9:00 a.m. |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☒ Probation Violation Petition

Charging you with a violation of _____ United States Code.

Brief description of offense:

**Alleged Violations of Probation**

_____
Signature of Issuing Officer
By: Kathi Murray
    Deputy Clerk

Markus B. Zimmer, Clerk of Court
Name and Title of Issuing Officer

February 27, 2003
Date